Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the _Virgin Islands_

District of ~~Northern District~~

St. Croix, USVI 00815

~~Eastern~~ Division

Case No. CV-23-34-H-DLE (ms)

_(to be filled in by the Clerk's Office)_

refiled due to venue

Michael Ellenberg
_____
Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

People of Virgin Islands, et al
Responsible government agent or agencies on extradition
John Doe
Mary Doe
_____
Defendant(s)
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

## AMENDED COMPLAINT FOR VIOLATION OF
## CIVIL RIGHTS (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                   *Michael A. Ellenburg*

All other names by which
you have been known:                   *N/A*

ID Number                              *233009*

Current Institution                    *John Bell*

Address                                *RRI, Bx 9909 Industrial Park 9955 Airport Rd.*
                                       *Kingshill, St. Croix    USVI    00850*
                                       City            State            Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                                   *Unknown at this time Michael Ellenburg*

Job or Title *(if known)*              *Responsible parties executing Extradition*

Shield Number                          *plus failing to meet 18 USC §3162(a)(2) speedy trial*

Employer                               *U.S. Virgin Islands Government*

Address                                *9955 Airport Rd.*
                                       *RRI, Bx 9909 Industrial Park, USVI 00850*
                                       City            State            Zip Code

☒ Individual capacity    ☐ Official capacity

Defendant No. 2

Name                                   *Unknown at this time*

Job or Title *(if known)*              *Extradition Authorities Governing execution*

Shield Number                          *?*

Employer                               *Government U.S. Virgin Islands 00850 (ME)*

Address                                *RRI, Bx 9909 Industrial Park USVI 00850*
                                       City            State            Zip Code

☒ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  City  |  State  |  Zip Code  |
|--------|---------|------------|

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

|  City  |  State  |  Zip Code  |
|--------|---------|------------|

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*: *which ever applys best?* ~~me~~

   ☒ Federal officials (a *Bivens* claim) *me*

   ☒ State or local officials (a § 1983 claim) *territory: U.S.V.I.*

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*6th Amendment, 14th Amendment; 18 U.S.C. 3161-3174 speedy trial guarantee Oct. 31, 2019, US Virgin Island Police Dept, typed in first letter commencing warrant & Extradition Order; Oct. 31, 2019*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*see above*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *See 18 USC § 3162 (a) (2) Speedy Trial*

*Failing to commence trial within 70 days, 180 days, 365 days of filing of information of alleged criminal acts or omissions in violation of Speedy Trial Act, 6th & 14th Amendments, plus 18 USC. 3161-3174 Speedy trial statutory requirements*

III.   **Prisoner Status** *1250 days since filing information Oct. 31, 2019 (see attached)*

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X]  Pretrial detainee

[ ]  Civilly committed detainee

[ ]  Immigration detainee

[ ]  Convicted and sentenced state prisoner

[ ]  Convicted and sentenced federal prisoner

[ ]  Other *(explain)* _____

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*Failing due to careless, negligence, under color of law, without due dilligence since Oct. 31, 2019, completing execution and service of warrant & Extradition order, while at home (delay 3½ years aprox) waiting for Speedy trial?*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Statutory 18 USC § 3162 (a) (2) beginning Nov. 19, 2020 and filing of indictment: case: SX-2020-CR-00311 (see attached)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.   What date and approximate time did the events giving rise to your claim(s) occur?

October 31, 2019 Filing information Oct. 31, 2019 case 8x-2020-CR-0031 USVI

(see attached)

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

From Oct. 31, 2019 the tolling of speedy trial began — through today May 4, 2023 — 1250 days in violation of speedy trial Act, plus 18 USC 1361-3174 Speedy trial, see deticated 18USC-3162(a)(2) advanced now: 8-18-2023 (see attached)

V.   **Injuries**   and (aprox) 1400 days or 3 years 9 months w/o speedy trial (see attached)

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

4 years Life wasted, you only have so long to live when your 74 a/o government intentionally taking your liberty for sohong

(see attached)

VI.   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

dismiss indictment with prejudice denying me liberty due to violations of speedy trial Act, 6th & 14th Amendment protection & privilege violation of 18 USC 3162(a)(2)

(see attached)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No  *at home when USVI filed complaint*

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*St. Croix, USVI John Bell facility*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☒ Do not know  *ME*

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No  *unavailable against extradition order or speedy trial issues?*

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No  *see above*

E.   If you did file a grievance:

1.   Where did you file the grievance?

*inquired at all institutions in transit from MSJ to St.Croix, CLSU*

2.   What did you claim in your grievance?

*speedy trial violations.*

*couldn't open?*

3.   What was the result, if any?

*none/denial to review by authorities*

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*none/ filed motions & briefs identify issues (see attached)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.     If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

*grievance does not enter how complex extradition issues? Or Speedy trial claims (see attached)*

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: *every one at John Bell*

*talked to since detained here (7) detainment ctrs in transit to St Croix, USVI from Missoula, mt (see attache)*

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *ignored/denied/institution does not engage political solution or violations of speedy trial, as its not regulated by detainment authorits*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) *( see attached)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*n/a*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☒ No *me*

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____ Michael Ellenburg _____

Defendant(s) _____ People of Virgin Islands, ebd, _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____ ~~People of Virgin Islands, etrl~~ Missoula, Mnt U.S. District Ct

3.  Docket or index number

_____ CV-23-34-U-DC (Dismissed wrong venue) refiled proper venue 8-18-2023

4.  Name of Judge assigned to your case

_____ N/A _____

5.  Approximate date of filing lawsuit

_____ 5-4-'23 (original) denied improper venue

6.  Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition. _____ July 20, 2023

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Dismissed filed wrong venue, plus institution misplaced Dana L. christensen orders/rplys for 4 months ? (see exhibit)

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? _____ yes

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☒ No *not*

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s)     Michael Ellenburg

Defendant(s)     People of Virgin Islands ehol

2.     Court *(if federal court, name the district; if state court, name the county and State)*

U.S. Dist Ct, Missoula, Montana 59802

3.     Docket or index number

CV-23-34-M-DLC

4.     Name of Judge assigned to your case

5.     Approximate date of filing lawsuit

5-4-2023

6.     Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition     6-20-2023

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

dismissed; improper venue

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    5-4-23, resubmitted to ~~prosecutor~~ proper venue    8-15-2023

Signature of Plaintiff    M. Ellenburg

Printed Name of Plaintiff    Michael B. Ellenburg

Prison Identification #    233009 H

Prison Address    change address RR1, Bx 9409 tudestvost Perok 9955 Airport A
Kingshill, St. Croix    USVI    00850
City    State    Zip Code

### B.    For Attorneys

Date of signing:    5-4-23

Signature of Attorney    N/A (self)

Printed Name of Attorney    N/A

Bar Number    N/A

Name of Law Firm    N/A

Address    9955 Airport Rd
Kingshill, St. Croix    USVI    00850
City    State    Zip Code

Telephone Number    N/A

E-mail Address    N/A