DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| MICHAEL ELLENBURG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 23-0035 |
| ) | |
| PEOPLE OF THE VIRGIN ISLANDS, ) | |
| RESPONSIBLE GOVERNMENT AGENTS ) | |
| OR AGENCIES ON EXTRACTION, ) | |
| JOHN DOE, MARY DOE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Appearances:**
**Michael Ellenburg**
  *Pro Se*

# ORDER

THIS MATTER comes before the Court on Magistrate Judge Emile A. Henderson III's Report and Recommendation ("R&R") (Dkt. No. 21), in which he recommends the dismissal of Plaintiff Michael Ellenburg's ("Plaintiff") "Amended Complaint for Violation of Civil Rights" ("Complaint").

**UPON CONSIDERATION** of Magistrate Judge Henderson's R&R, and for the reasons stated in the accompanying Memorandum Opinion filed contemporaneously herewith, it is hereby

**ORDERED** that Magistrate Judge Henderson's R&R is **ADOPTED IN PART AND REJECTED IN PART**; and it is further

**ORDERED** that Magistrate Judge Henderson's R&R (Dkt. No. 21) is **ADOPTED** to the extent that it recommends dismissal of Plaintiff's Complaint with prejudice; and it is further

**ORDERED** that Magistrate Judge Henderson's R&R (Dkt. No. 21) is **REJECTED** to the extent that it recommends dismissal of Plaintiff's Complaint without prejudice; and it is further

      **ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**; and it is further

      **ORDERED** that Plaintiff's Motion to Dismiss the Indictment[1] (Dkt. No. 9) is **DENIED AS MOOT**; and it is further

      **ORDERED** that Plaintiff's Motion to Transfer (Dkt. No. 14) is **DENIED AS MOOT**; and it is further

      **ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

Date: September 30, 2024                   _____/s/_____
                                                                     WILMA A. LEWIS
                                                                     District Judge

---

[1] In this Motion Ellenburg seeks dismissal of an indictment, and it is labeled on the Court's docket as a "Motion to Dismiss the [I]ndictment." However, an Information was filed against Plaintiff in the Superior Court for the Virgin Islands, not an Indictment.